IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stapleton, Maurice C | Case Number: 07 B 04079 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 3/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 1, 2008
Confirmed: May 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,918.59 | |
| Secured: | | 2,196.27 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,624.00 |
| Trustee Fee: | | 281.51 |
| Other Funds: | | 816.81 |
| Totals: | 5,918.59 | 5,918.59 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,624.00 | 2,624.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | Credit Acceptance Corp | Secured | 6,818.32 | 1,400.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 15,065.41 | 796.27 |
| 7. | Illinois Dept of Revenue | Priority | 741.45 | 0.00 |
| 8. | Nicor Gas | Unsecured | 1,831.49 | 0.00 |
| 9. | CB USA | Unsecured | 251.49 | 0.00 |
| 10. | Capital One | Unsecured | 1,496.80 | 0.00 |
| 11. | Crescent Bank & Trust | Unsecured | 0.00 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 733.49 | 0.00 |
| 13. | Jefferson Capital | Unsecured | 200.06 | 0.00 |
| 14. | Capital One | Unsecured | 1,096.25 | 0.00 |
| 15. | Crescent Bank & Trust | Unsecured | 9,634.75 | 0.00 |
| 16. | Palisades Collection LLC | Unsecured | 1,126.48 | 0.00 |
| 17. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | RMI/MCSI | Unsecured | | No Claim Filed |
| 20. | Sterling & King | Unsecured | | No Claim Filed |
| 21. | RMI/MCSI | Unsecured | | No Claim Filed |
| | | | $ 41,619.99 | $ 4,820.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stapleton, Maurice C | Case Number:  07 B 04079 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  3/8/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 246.11 |
| 6.5% | 35.40 |
| | _____ |
| | $ 281.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

